UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DARRELL ECHIVERRI, | Case No. 25-cv-08738-JCS |
|---|---|
| Plaintiff, | |
| v. | **ORDER DENYING MOTION TO REMAND** |
| TRANSDEV ALTERNATIVE SERVICES, INC., | Re: Dkt. No. 12 |
| Defendant. | |

This action was commenced in San Francisco Superior Court on September 9, 2025. *See* dkt. no. 1-1. The complaint was served on Defendant Transdev Alternative Services Inc. ("Transdev") on September 11, 2025. *Id.* Transdev removed the case to this Court on October 13, 2025 based on diversity of citizenship under 28 U.S.C. §§ 1332(a) and 1441(a). Dkt. no. 1. Plaintiff has filed a motion to remand to state court on the sole ground that the removal was untimely because Transdev removed the case "thirty-two (32) days after service of the initial pleading on September 11, 2025, exceeding the mandatory thirty-day deadline." Motion to Remand to State Court ("Motion") at 2. The Court finds that the Motion is suitable for determination without oral argument and therefore **vacates the motion hearing noticed for December 24, 2025 pursuant to Civil Local Rule 7-1(b)**.[1] The Motion is DENIED.[2]

Under 28 U.S.C. § 1446(b)(1), removal must be made within thirty days after receipt of the complaint by defendant, whether by service or otherwise. Because Section 1446(b)(1) does not specify a method of computing time, the Court looks to Rule 6(a) of the Federal Rules of Civil

---

[1] The Court notes that Plaintiff did not file a reply brief in response to Transdev' Opposition. The deadline for doing so has now passed. No further briefing on the Motion will be permitted.
[2] The parties have consented to the jurisdiction of a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c).

Procedure to compute the removal deadline in this case. Rule 6(a) provides that for deadlines stated in days, the court should:

> (A) exclude the day of the event that triggers the period;
>
> (B) count every day, including intermediate Saturdays, Sundays, and legal holidays; and
>
> (C) include the last day of the period, but if the last day is a Saturday, Sunday, or legal holiday, the period continues to run until the end of the next day that is not a Saturday, Sunday, or legal holiday.

Fed.R.Civ.P. 6(a). Applying those rules here, the deadline for removal was October 13, 2025 because Transdev was served on September 11, 2025 and the thirtieth day after that (not including September 11, 2025) fell on a weekend; the first weekday after that was October 13, 2025 – the date Transdev removed the case.

Accordingly, the Motion is DENIED.

**IT IS SO ORDERED.**

Dated: December 14, 2025

JOSEPH C. SPERO
United States Magistrate Judge