Michael J. Jaurigue (SBN 208123)
Tasha T. Salveron (SBN 336596)
**JAURIGUE LAW GROUP**
300 West Glenoaks Boulevard, Suite 300
Glendale, California 91202
Telephone:  818.630.7280
Facsimile:   888.879.1697
service@jlglawyers.com
michael@jlglawyers.com
tasha@jlglawyers.com

Attorneys for Plaintiff
DARRELL ECHIVERRI

Cheryl Johnson-Hartwell (SBN 221063)
Chandni B. Mistry (SBN 354088)
**BURKE, WILLIAMS & SORENSEN, LLP**
444 South Flower Street, 40th Floor
Los Angeles, California 90071-2942
Telephone:  213.236.0600
Facsimile:   213.236.2700
cjohnson-hartwell@bwslaw.com
cmistry@bwslaw.com

Attorneys for Defendant
TRANSDEV ALTERNATIVE
SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| DARRELL ECHIVERRI, an individual,<br><br>          Plaintiff,<br><br>     v.<br><br>TRANSDEV ALTERNATIVE SERVICES, INC., a Delaware corporation; and Does 1 through 50, inclusive,<br><br>          Defendants. | Case No. 3:25-cv-08738-JCS<br><br>[PROPOSED] **ORDER FOR PLAINTIFF TO FILE FIRST AMENDED COMPLAINT** |

Case No. 3:25-cv-08738-JCS
[Proposed] Order for Plaintiff to File First Amended
Complaint

**[PROPOSED] ORDER**

The stipulation of the parties having been reviewed, IT IS HEREBY ORDERED that:

1.     Plaintiff's request to file a First Amended Complaint is GRANTED.

2.     Plaintiff shall file the First Amended Complaint within fourteen (14) days of the date of this Order.

3.     Defendant shall respond to the First Amended Complaint within 30 days of service of the First Amended Complaint.

**IT IS SO ORDERED**.

Dated: February 6, 2026

_____

HON. JOSEPH C. SPERO

UNITED STATES MAGISTRATE JUDGE

2

Case No. 3:25-cv-08738-JCS
[Proposed] Order for Plaintiff to File First Amended Complaint